Wendy B. Pfau, SBN: 257215
**POTTER, COHEN, SAMULON & PADILLA**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
wpfau@pottercohenlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PETER JOHN OTTO, ) | Case No.:  2:22-CV-01089-AS |
| ) | |
| Plaintiff, ) | **[~~PROPOSED~~] ORDER AWARDING** |
| ) | **EQUAL ACCESS TO JUSTICE** |
| vs. ) | **ACT ATTORNEY FEES** |
| ) | **PURSUANT TO 28 U.S.C. § 2412(d)** |
| KILOLO KIJAKAZI, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay Plaintiff for attorney fees and expenses the amount of **$3,100.00** (Three Thousand One Hundred Dollars and No Cents) under the Equal access to Justice Act (EAJA), 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: September 29, 2022                    / s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE

-1-